## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Andrea Muns

                              Plaintiff,

v.                                                 Case No.: 1:23−cv−16450

                                                           Honorable Franklin U. Valderrama

Datacomp Appraisal Systems, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 22, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: In view of the filing of a consolidated amended complaint in Case No. 1:23−cv−06715, R. 127, this case is administratively closed. Civil case terminated. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.